by MARY HARTMAN and Others, Respondents, v. T. A. HENNESSY, INC., Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by GUSSIE GERSONOWITZ, Respondent, on Account of the Death of ALBERT GERSONOWITZ, Deceased, v. AMERICAN PICKLE COMPANY and MARYLAND CASUALTY COMPANY, Appellants.—Award as to the two children reversed, no claim having been filed in their behalf, and as to the mother unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM BACHAM, Respondent, for Compensation under the Workmen's Compensation Law, v. MORRIS J. ROTH, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPHINE RYAN, Respondent, for Compensation under the Workmen's Compensation Law, v. THE BOSSERT CORPORATION, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE ZAGGELL, Respondent, for Compensation for Himself under the Workmen's Compensation Law, v. FENTON FIBRE BOX COMPANY and MARYLAND CASUALTY COMPANY, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EDMOND BARBIERI, Respondent, for Compensation under the Workmen's Compensation Law, v. WILLIAM STEINER & SONS, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Sent back to the Commission for correction or further consideration.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTONIO RICH, Respondent, for Compensation under the Workmen's Compensation Law, v. THE STANDARD TEXTILE COMPANY, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH VOKOLEK, Respondent, for Compensation under the Workmen's Compensation Law, v. NICHOLSON & GALLOWAY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants. —Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES BOSSLER, Respondent, for Compensation under the Workmen's Compensation Law, v. FULTON MOTOR TRUCK COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of